AGNES CURCIO, as Administratrix of the Estate of JOHN A. CURCIO, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Submitted December 6, 1937; decided December 10, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 20.)

FRANCES R. MCEWEN, Respondent, *v.* ALFRED MCEWEN et al., Appellants.

Submitted December 6, 1937; decided December 10, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 548.)

PATRICK J. FARRELL, Appellant, *v.* JACOB WALDMAN et al., Doing Business under the Name of CONCOURSE BAKING COMPANY, et al., Respondents.

Submitted December 6, 1937; decided December 10, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 491.)

LEO DI TOMASSO, Individually and as a Stockholder, etc., of PARAMOUNT ICE CORPORATION, on Behalf of Himself and Others, Appellant and Respondent, *v.* VITO LOVERRO et al., Respondents, and SAMUEL RUBEL et al., Respondents and Appellants.

Submitted December 9, 1937; decided December 10, 1937.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 551, 681.)